UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EL NUEVO DIA, INC.
    Plaintiff

vs.

UNITED STEEL WORKERS
    Defendant

CIVIL NO. 98-1546 (GG)



### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: August 31, 2001<br>Docket: #16<br>[] Plffs   [x] Defts   [] Joint<br>Title: Motion for Hearing | **DENIED.** |

| MOTION | RULING |
|---|---|
| Date Filed: August 11, 1998<br>Docket: #14<br>[] Plffs   [x] Defts   [] Joint<br>Title: Motion for Leave to file Sur-Reply | **GRANTED.** |

Date: September 30, 2002

GILBERTO GIERBOLINI
U.S. Senior District Judge

Rec'd:         EOD:

By:            # 17