IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **EL NUEVO DIA, INC.** * | |
| * | |
| **Plaintiff** * | |
| * | |
| **vs.** * | CIVIL NO. 98-1546 (GG) |
| * | |
| **UNITED STEELWORKERS** * | |
| * | |
| **Defendant** * | |

## MEMORANDUM OF THE CLERK

Due to the recent retirement of Senior Judge Gilberto Gierbolini, this case has been reassigned within the Case Assignment System to **Judge Jaime Pieras, Jr.**

All future filings shall bear Judge Jaime Pieras, Jr.'s initials next to the case number: **Civil No. 98-1546 (JP).**

San Juan, Puerto Rico, April 14, 2004.

**FRANCES RIOS DE MORAN, ESQ.**
**Clerk of Court**

**S/ Laura E. Rivera**
**Laura E. Rivera**
**Operations Manager**