IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EL NUEVO DIA, INC. | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. CV 98-1546 (JP) |
| | ) |
| UNITED STEELWORKERS OF | ) |
| AMERICA, AFL-CIO-CLC, | ) |
| | ) |
|    Defendant. | ) |

## USWA'S MOTION FOR SUMMARY JUDGMENT

The United Steelworkers of America, AFL-CIO-CLC, respectfully move the Court for an order granting summary judgment on its counterclaim seeking enforcement of the arbitration award. The USWA seeks prejudgment interest on the monies owed under the award and attorney fees and costs.

As grounds for this motion, the USWA relies on the Memorandum of Law filed in opposition to El Nuevo Dia's petition to vacate and in support of USWA's motion for summary judgment, the pleadings on file (including attachments to the Notice of Removal and the Joint Initial Scheduling Conference Memorandum) and its evidentiary submission which consists of the collective bargaining agreement and the arbitration award at issue.

Respectfully submitted,

      /s/ Richard P. Rouco

OF COUNSEL:
Whatley Drake, LLC
2323 Second Avenue North
Birmingham, AL 35203
205-328-9576
205-328-9669 (fax)

                              /s/ Richard  Schell-Asad
                              U.S.D.C. – P.R. No. 203207

<u>OF COUNSEL</u>:
Troncoso & Schell
Post Office Box 9023352
San Juan, Puerto Rico 00902-3352
(787) 722-0741
(787) 724-2563 (fax)

## **Certificate of Service**

     I certify that on this the ___ day of April, 2004, I served a copy of the forgoing via U.S. Mail first class on the following counsel of record:

Pedro J. Manzano-Yates, Esq.
Maria Isabel Rey Cancio, Esq.
Juan Carlos Perez Otero, Esq.
Fiddler, Gonzalez & Rodriquez
P.O. Box 363507
San Juan, Puerto Rico 00936-3507

                              _____
                              Of Counsel