```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF PUERTO RICO


EL NUEVO DIA, INC.,                   *
                                      *
       Plaintiff                      *
                                      *
vs.                                   *      CIVIL NO. 98-1546 (JP)
                                      *
UNITED STEEL WORKERS OF AMERICA,      *
                                      *
       Defendant                      *
                                      *
```

**FINAL JUDGMENT**

In accordance with its "Opinion and Order" of the same date, the Court hereby **GRANTS** Defendant's "USWA's Motion for Summary Judgment" (**docket No. 21**) and **ENTERS JUDGMENT, DISMISSING WITH PREJUDICE** Plaintiff's "Petition for Review of Arbitration Award" (see docket No. 1) without costs or attorney fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of August, 2004.


                                          S/ Jaime Pieras, Jr.
                                           JAIME PIERAS, JR.
                                       U.S. SENIOR DISTRICT JUDGE